# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**REBECCA S. G.,**

      **Plaintiff,**

    v.

**LELAND DUDEK,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY,**

      **Defendant.**

**Case No. 2:25-cv-58**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court on the Parties' Joint Motion for Remand. (ECF No. 7.) The Parties seek to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g) and for the Court to enter judgment in favor of Plaintiff. (*Id.*) Accordingly, this matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration and administrative proceedings. Per the Parties' Joint Motion, upon remand, the Appeals Council will remand the matter to an Administrative Law Judge for further proceedings and the claim will be completely reevaluated starting at the beginning of the sequential evaluation, including offering Plaintiff a new hearing. (*Id.* PageID 619.)

The Joint Motion to Remand is **GRANTED**. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and terminate this case.

    **IT IS SO ORDERED.**

**4/28/2025**                                                    **s/Edmund A. Sargus, Jr.**
**DATE**                                                            **EDMUND A. SARGUS, JR.**
                                                                   **UNITED STATES DISTRICT JUDGE**